UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN HARRIS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY,<br><br>Defendant. | Case No. 1:17-cv-00732<br> |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDUCE

It is stipulated by and between Plaintiff Helen Harris and Defendant American Express Company, through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that:

Plaintiff's claims brought in this action shall be dismissed with prejudice to Plaintiff's individual claims and without prejudice to the claims of any other member of the putative class, with each party to bear their own attorneys' fees and costs.

Dated: December 6, 2017

By: /s/ Daniel M. Hutchinson
Daniel M. Hutchinson

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin
Email: jselbin@lchb.com
Douglas Cuthbertson
Email: dcuthbertson@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

The Clerk of the Court shall mark this matter closed and all [illegible] as moot.

SO ORDERED:
/s/ Loretta A. Preska
LORETTA A. PRESKA, U.S.D.J.

12/7/17

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Daniel M. Hutchinson (*pro hac vice*)
Email: dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Andrew R. Kaufman (*pro hac vice*)
Email: akaufman@lchb.com
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

MEYER WILSON CO., LPA
Matthew R. Wilson (*pro hac vice*)
Email: mwilson@meyerwilson.com
Michael J. Boyle, Jr. (*pro hac vice*)
Email: mboyle@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

*For Defendant American Express Company*

*signature: Daniel N. Bertaccini*

STROOCK & STROOCK & LAVAN LLP
Julia B. Strickland (*admitted pro hac vice*)
Marcos D. Sasso (*admitted pro hac vice*)
2029 Century Park East, 16th Floor
Los Angeles, CA 90067
Telephone: 310-556-5800
Fax: 310-556-5959
Email:  jstrickland@stroock.com
        msasso@stroock.com
        lacalendar@stroock.com

STROOCK & STROOCK & LAVAN LLP
Daniel N. Bertaccini
180 Maiden Lane
New York, NY 10038
Telephone: 212-806-54000
Fax: 212-806-6006
Daniel N. Bertaccini
Email:  dbertaccini@stroock.com

## CERTIFICATE OF SERVICE

On December 6, 2017, I electronically filed this document through the ECF system, which will send a notice of electronic filing to all counsel of record.

_____
Andrew R. Kaufman